FRANK N. SHAFFER FAMILY LIMITED PARTNERSHIP and Kevin and Kendra Shaffer, Petitioners

v.

ZONING HEARING BOARD OF CHANCEFORD TOWNSHIP, Respondent

Chanceford Township, Intervenor.

Supreme Court of Pennsylvania.

July 9, 2009.

### ORDER

PER CURIAM.

AND NOW, this 9th day of July, 2009, the Petition for Allowance of Appeal is **GRANTED,** limited to the following question:

Do the creation of a planned community under the Uniform Planned Communities Act, and the conveyance of a unit within the planned community, constitute land development or subdivision subject to local ordinances enacted pursuant to the Municipalities Planning Code?